

# U.S. MERIT SYSTEMS PROTECTION BOARD

## Office of the Clerk of the Board

**1615 M Street, N.W.**
**Washington, D.C. 20419-0002**

Phone: 202-653-7200; Fax: 202-653-7130; E-Mail: mspb@mspb.gov

26-1125

## ATTESTATION

I HEREBY ATTEST that the attached index represents a list of the documents comprising the administrative record of the Merit Systems Protection Board in the appeal of *Matthew Donahue v. Department of Justice*, MSPB Docket No. DC-1221-22-0483-B-1, and that the administrative record is under my official custody and control on this date

on file in this Board

| June 10, 2026 | /s/ |
| --- | --- |
| Date | Gina K. Grippando |
| | Clerk of the Board |

# INDEX

## Matthew Donahue

## V.

## Department of Justice

## MSPB Docket No. DC-1221-22-0483-W-1

## W - Individual Right of Action

| TAB | RECORD TYPE | DESCRIPTION OF DOCUMENT | ISSUED/RECEIVED DATE |
|---|---|---|---|
| 1 | IA | Appellant - Initial Appeal | 06/22/2022 |
| 2 | IA | MSPB - Case Reassignment Order | 06/23/2022 |
| 3 | IA | Agency - Agency Representative Addition | 06/23/2022 |
| 4 | IA | MSPB - Case Reassignment Order | 06/27/2022 |
| 5 | IA | MSPB - Acknowledgment Order | 06/27/2022 |
| 6 | IA | MSPB - Jurisdiction Order | 06/27/2022 |
| 7 | IA | Agency - Agency Unopposed Motion to Stay Deadlines | 06/29/2022 |
| 8 | IA | MSPB - Order Granting Extension of Time | 07/05/2022 |
| 9 | IA | Appellant - Appellant's Jurisdictional Statement | 07/07/2022 |
| 10 | IA | Agency - Donahue -- Agency's Jurisdiction Response | 07/18/2022 |
| 11 | IA | MSPB - order regarding the Board's jurisdiction | 07/29/2022 |
| 12 | IA | MSPB - Hearing Order | 07/29/2022 |
| 13 | IA | MSPB - correction to july 29 2022 order regarding the Board's jurisdiction | 08/08/2022 |
| 14 | IA | Agency - Agency File | 08/08/2022 |
| 15 | IA | MSPB - Order Suspending Case Processing | 08/22/2022 |
| 16 | IA | MSPB - Summary of Conference Call | 09/26/2022 |
| 17 | IA | MSPB - Initial Decision | 10/04/2022 |
| 18 | IA | MSPB - Certificate of Service | 10/04/2022 |
| 19 | IA | Agency - Agency Representative Addition | 07/14/2023 |

# INDEX

## Matthew Donahue

## V.

## Department of Justice

## MSPB Docket No. DC-1221-22-0483-W-2

### W - Individual Right of Action

| TAB | RECORD TYPE | DESCRIPTION OF DOCUMENT | ISSUED/RECEIVED DATE |
|---|---|---|---|
| 1 | IA | Appellant - Refile IRA Appeal | 02/03/2023 |
| 2 | IA | MSPB - Acknowledgment Order | 02/03/2023 |
| 3 | IA | MSPB - Order Scheduling Status Conference | 02/09/2023 |
| 4 | IA | Appellant - Unopposed Motion To Continue Status Hearing | 02/14/2023 |
| 5 | IA | MSPB - Order Rescheduling Status Conference | 02/15/2023 |
| 6 | IA | MSPB - Hearing Order | 03/06/2023 |
| 7 | IA | Agency - Agency's Motion to Reschedule Hearing | 03/08/2023 |
| 8 | IA | MSPB - Rescheduling Order and Order Suspending Case Processing | 03/10/2023 |
| 9 | IA | Appellant - Motion To Compel Discovery | 06/05/2023 |
| 10 | IA | Appellant - Motion To Continue | 06/05/2023 |
| 11 | IA | Agency - Donahue -- Agency's Prehearing Submissions | 06/05/2023 |
| 12 | IA | MSPB - Order Granting Appellant's Motion for Continuance and Scheduling Status Conferen | 06/06/2023 |
| 13 | IA | Agency - Donahue -- Agency's Response to Appellant's Motion to Compel | 06/12/2023 |
| 14 | IA | Appellant - Reply in Support of Motion to Compel Discovery | 06/13/2023 |
| 15 | IA | MSPB - Order Denying Motion to Compel, Second Suspension Order, and Rescheduling Order | 06/16/2023 |
| 16 | IA | Agency - Agency Representative Addition | 06/16/2023 |
| 17 | IA | Agency - Other Non-PFR Pleading | 06/16/2023 |
| 18 | IA | Agency - Letter to Administrative Judge | 06/16/2023 |
| 19 | IA | Agency - Agency Update Letter | 07/08/2023 |
| 20 | IA | Appellant - Motion to Compel Deposition | 07/11/2023 |
| 21 | IA | Agency - Response to Appellant Representative's Motion to Compel Dep dated 7/11/2023 | 07/13/2023 |
| 22 | IA | MSPB - Order Denying Appellant's Motion to Compel Deposition | 07/17/2023 |
| 23 | IA | Appellant - Appellant's Pretrial Statement | 07/31/2023 |
| 24 | IA | Appellant - Appellant's Supplemental Exhibits | 07/31/2023 |

W - Individual Right of Action

| TAB | RECORD TYPE | DESCRIPTION OF DOCUMENT | ISSUED/RECEIVED DATE |
|---|---|---|---|
| 25 | IA | Appellant - Appellant's Supplemental Exhibits 7-8 | 07/31/2023 |
| 26 | IA | Appellant - Appellant's Supplemental Exhibits 12-13 | 07/31/2023 |
| 27 | IA | Appellant - Appellant's Supplemental Exhibits 14-17 | 07/31/2023 |
| 28 | IA | Appellant - Appellant's Supplemental Exhibits 9-11 | 07/31/2023 |
| 29 | IA | Agency - Agency Supplemental Prehearing Submission | 07/31/2023 |
| 30 | IA | MSPB - Order and Summary of Prehearing Conference | 08/02/2023 |
| 31 | IA | Appellant - Appellant's Exhibit List | 08/15/2023 |
| 32 | IA | MSPB - ZfG Hearing Info | 08/15/2023 |
| 33 | IA | Agency - Agency 2nd Supplemental Prehearing Submission | 08/15/2023 |
| 34 | IA | MSPB - Hearing Audio | 08/16/2023 |
| 34-9 | IA | MSPB - Hearing Transcript dated August 16 2023 | 08/16/2023 |
| 34-1 | IA | MSPB - DC220483W2_2023-08-29_Donahue.1 | 08/16/2023 |
| 34-2 | IA | MSPB - DC220483W2_2023-08-29_Donahue.2 | 08/16/2023 |
| 34-8 | IA | MSPB - DC220483W2_2023-08-29_Donahue.8 | 08/16/2023 |
| 34-5 | IA | MSPB - DC220483W2_2023-08-29_Donahue.5 | 08/16/2023 |
| 34-6 | IA | MSPB - DC220483W2_2023-08-29_Donahue.6 | 08/16/2023 |
| 34-7 | IA | MSPB - DC220483W2_2023-08-29_Donahue.7 | 08/16/2023 |
| 34-3 | IA | MSPB - DC220483W2_2023-08-29_Donahue.3 | 08/16/2023 |
| 34-4 | IA | MSPB - DC220483W2_2023-08-29_Donahue.4 | 08/16/2023 |
| 35 | IA | MSPB - Court Reporter Certification | 08/16/2023 |
| 36 | IA | Appellant - Appellant's Written Summation | 08/25/2023 |
| 37 | IA | Agency - Agency's Closing Brief | 08/25/2023 |
| 38 | IA | MSPB - Initial Decision | 08/31/2023 |
| 39 | IA | MSPB - Certificate of Service | 08/31/2023 |

INDEX

Matthew Donahue

V.

Department of Justice

MSPB Docket No. DC-1221-22-0483-W-2


W - Individual Right of Action

| TAB | RECORD TYPE | DESCRIPTION OF DOCUMENT | ISSUED/RECEIVED DATE |
|---|---|---|---|
| 1 | PFR | Appellant - Petition for Review | 11/16/2023 |
| 2 | PFR | MSPB - PFR Acknowledgement Letter | 11/29/2023 |
| 3 | PFR | Agency - Notice of Appearance | 12/05/2023 |
| 4 | PFR | Agency - Request for Extension of Time to File Response to PFR | 12/08/2023 |
| 5 | PFR | MSPB - Extension of Time Order | 12/11/2023 |
| 6 | PFR | Agency - Response to Appellant Petition to Review | 01/23/2024 |
| 7 | PFR | Appellant - Request for Extension of Time | 01/31/2024 |
| 8 | PFR | MSPB - Extension of Time Order | 02/01/2024 |
| 9 | PFR | Appellant - Reply Memorandum In Support of Petition For Review | 02/20/2024 |
| 10 | PFR | MSPB - Remand Order | 08/29/2024 |

INDEX

Matthew Donahue

V.

Department of Justice

MSPB Docket No. DC-1221-22-0483-B-1

B - Board Remand

| TAB | RECORD TYPE | DESCRIPTION OF DOCUMENT | ISSUED/RECEIVED DATE |
|---|---|---|---|
| 1 | IA | MSPB - Remand Order | 08/29/2024 |
| 2 | IA | MSPB - Acknowledgment Order | 09/04/2024 |
| 3 | IA | MSPB - Summary of Status Conference | 09/18/2024 |
| 4 | IA | Agency - Response to 09 18 2024 Summary of Status Conference | 10/17/2024 |
| 5 | IA | Appellant - Response to 09 18 2024 Summary Of Status Conference | 11/08/2024 |
| 6 | IA | MSPB - Order Scheduling Status Conference | 11/22/2024 |
| 7 | IA | MSPB - Summary of Status Conference and Suspension Order | 12/05/2024 |
| 8 | IA | Appellant - Request for Extension of Time | 02/02/2025 |
| 9 | IA | MSPB - Order Granting Extension of Time | 02/03/2025 |
| 10 | IA | Appellant - Response to 08 29 2024 MSPB remand order | 02/19/2025 |
| 11 | IA | Agency - Response to Appellant Representatives 02 19 2025 Response to 08 29 2024 MSPB Remand Order | 03/03/2025 |
| 12 | IA | Appellant - Motion To Strike And For Sanctions | 03/11/2025 |
| 13 | IA | MSPB - Initial Decision | 03/20/2025 |

# INDEX

Matthew Donahue

V.

Department of Justice

MSPB Docket No. DC-1221-22-0483-B-1

## B - Board Remand

| TAB | RECORD TYPE | DESCRIPTION OF DOCUMENT | ISSUED/RECEIVED DATE |
|---|---|---|---|
| 1 | PFR | Appellant - Petition for Review | 04/24/2025 |
| 2 | PFR | MSPB - PFR Acknowledgement Letter | 04/28/2025 |
| 3 | PFR | Agency - Response to Appellant Petition For Review | 05/20/2025 |
| 4 | PFR | Agency - Motion to Accept Filing as Timely | 05/20/2025 |
| 5 | PFR | Appellant - Opposition to Agency Motion to Accept Filing as Timely | 05/26/2025 |
| 6 | PFR | Appellant - Reply In Support Of Petition For Review | 05/29/2025 |
| 7 | PFR | MSPB - Lack of Quorum Order | 03/31/2026 |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, service of the foregoing document was made upon all parties via CM/ECF.

DATE: June 10, 2026                    <u>/s/ Stephen W. Fung</u>
                                       Stephen W. Fung
                                       Attorney